Rel: December 8, 2023

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0431

Jennifer Flournoy and Kayla White v. Terrace Weatherly and Alabama Power Co. (Appeal from Shelby Circuit Court: CV-18-900435).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Sellers, Mendheim, and Stewart, JJ., concur.

Cook, J., recuses himself.